UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER ZENO, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-4326** |
| **ADM MILLING COMPANY, ET AL.** | **SECTION: "K"(5)** |

## ORDER

Defendant ADM/Growmark River System, Inc. has filed a Motion for Entry of Rule 54(b) Judgment (Rec. Doc 62). Plaintiffs have not filed any opposition. The Court has reviewed the motion and finds that it has merit. Accordingly,

**IT IS ORDERED** that Defendant ADM/Growmark River System, Inc.'s motion is hereby **GRANTED.**

New Orleans, Louisiana, this 16th day of September, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE