UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHRISTOPHER ZENO, ET AL.**                                    **CIVIL ACTION**

**VERSUS**                                                                  **NO: 06-4326**

**ADM MILLING COMPANY, ET AL.**                          **SECTION: "K"(5)**

## JUDGMENT

Considering the Court's foregoing order,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment herein in favor of defendant ADM/Growmark River System, Inc., and against plaintiffs Christopher Zeno and Joyce Williams, dismissing the claims against ADM/Growmark River System, Inc. with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this 16th day of September, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE