# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHRISTOPHER ZENO and** | * | Civil Action No. |
| **JOYCE WILLIAMS** | * | |
| Plaintiffs, | * | 06-4326 |
| v. | * | |
| | * | Section "K" |
| **ADM/GROWMARK RIVER SYSTEM, INC.,** | * | Judge Duval |
| et al. | * | |
| Defendants | * | Mag. Div. 5 |
| | * | Mag. Judge Chasez |

******************************************

## ORDER

This matter, coming before the Court on the Ex Parte Joint Motion for Voluntary Dismissals by intervenor, Gemini Insurance Company, and third-party plaintiffs, ADM/Growmark River System, Inc. and V-T-S, Inc.;

**IT IS HEREBY ORDERED:**

The motion is granted. The complaint in intervention filed by Gemini Insurance Company and the third-party complaints filed by ADM/Growmark River System, Inc. and V-T-S, Inc. are hereby dismissed.

New Orleans, Louisiana, this 29th day of December, 2008.

_____
U.S. District Judge Stanwood R. Duval, Jr.